### 8875.  HOLLEY *v.* THE STATE.

GEORGE, J.  1.  The accused was tried before the court without the intervention of a jury, on an accusation charging him with the offense of carrying a concealed weapon.  There was direct evidence of his guilt, and the court did not err in adjudging him guilty, nor in subsequently overruling his motion for a new trial, based upon the general grounds.

2. The special ground based upon alleged newly discovered evidence is without merit.  No supporting affidavit was submitted to the court.

*Judgment affirmed.  Wade, C. J., and Luke, J., concur.*
DECIDED AUGUST 3, 1917.

Accusation of carrying concealed weapon; from city court of Fort Gaines—Judge Turnipseed.  April 9, 1917.

*E. R. King,* for plaintiff in error.

*P. C. King, solicitor,* contra.

---

### 8893.  PURTELL *v.* THE STATE.

WADE, C. J.  1.  The evidence supported the verdict; and in the absence of any timely request in writing for fuller or more specific instructions, the charge of the court sufficiently covered the issues in the case; and there is no substantial merit in any of the assignments of error, when considered in connection with the answer of the trial judge and with the brief of evidence.

2. The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.  George and Luke, JJ., concur.*
DECIDED AUGUST 3, 1917.

Certiorari; from Fulton superior court—Judge Ellis.  March 29, 1917.

*Felder & Johnson,* for plaintiff in error.

*John A. Boykin, solicitor-general, Lowry Arnold, solicitor, E. A. Stephens,* contra.